# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                               CASE NO. 3:01cr53-01/RV

COY LEE COLEMAN, JR.

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on __April 5, 2006__

Motion/Pleadings: __MOTION to serve balance of sentence on home confinement__

Filed by __Defendant__ on __3/29/2006__ Doc.# __63__

RESPONSES:

                                           on                   Doc.# 

                                           on                   Doc.#

____ Stipulated      ____ Joint Pldg.

____ Unopposed     ____ Consented

                                                    WILLIAM M. McCOOL, CLERK OF COURT

                                                    s/Jerry Marbut

LC (1 OR 2)                                 Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* __6th__ *day of* __April__ *, 2006, that:*

*(a) The relief requested is DENIED.*

*(b)* _____

                                                     /s/ *Roger Vinson*

                                                        *ROGER VINSON*
                                       *Senior United States District Judge*